UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED TAHA ESMAIL ELMOGHAZI HELALI, et al.,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. C25-747RSM

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. This case was originally filed in the United States District Court for the District of Columbia on November 19, 2024. It was transferred to this District on April 23, 2025. Dkt. #6. It does not appear that Petitioner has local counsel. No action has been taken by either party in over a year. On September 16, 2026, the Court issued a Minute Order directing the parties to file a joint status report addressing the status of this case and Petitioner's ability to obtain local counsel. Dkt. #8. This report was due on September 29, 2026. No report was filed.

Plaintiff does not appear to be prosecuting this case. Furthermore, the Court is concerned that Plaintiff has no intention of retaining local counsel as required by this Court's Local Rules. *See* LCR 83.1; Dkt. #7. Accordingly, the Court now issues an Order to Show

Cause why this case should not be dismissed for failure to prosecute and for violation of LCR 83.1. In Response to this Order, Plaintiff must write a short statement telling the Court: (1) if Plaintiff intends to proceed with his claims; (2) the reason for the failure to take any action in this matter in the past year; and (3) efforts to obtain local counsel. Plaintiff shall file a Response to this Order to Show Cause containing the detail described above no later than **October 29, 2026.** This Response is not to exceed five (5) pages. Failure to respond will result in dismissal of this case.

DATED this 30th day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE